The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

THERON H. MORGAN,

                              Defendant.

NO. CR 14-178-RSL

ORDER GRANTING DEFENDANT
MORGAN'S UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE

THIS MATTER is before the Court upon Mr. Morgan's unopposed motion requesting a continuance of the trial date and pretrial motions deadline.  Having considered all the files and records herein, the Court finds:

(1) that taking into account the exercise of due diligence, the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence materials to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(2) that a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(3) that the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and



1    (4) that the case is sufficiently complex that it is unreasonable to expect adequate

2    preparation for pretrial proceedings or the trial itself within the current trial schedule, as set

3    forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

4    (5) that the ends of justice will best be served by a continuance, and that the ends of

5    justice outweigh the best interests of the public and the defendant in any speedier trial, as set

6    forth in 18 U.S.C. § 3161(h)(7)(A); and

7    (6) that the additional time requested between the original trial date of September 8,

8    2014 and the new trial date is necessary to provide counsel for the defendant the reasonable

9    time necessary to prepare for trial, considering all of the facts set forth above.

10   IT IS THEREFORE ORDERED that the trial is continued to February 23, 2015 and

11   that the pretrial motions deadline is set for January 9, 2015.  The period of time from

12   September 8, 2014 and the new trial date is excludable time pursuant to the authorities set

13   forth above.

14   DATED this 31st day of July, 2014.

15

16

17   Robert S. Lasnik
     United States District Judge

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANT MORGAN'S UNOPPOSED
MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE
PAGE – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501